UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRONCO'S ENTERTAINMENT, LTD., et al.,

      Plaintiff(s),                      Case No. 97-70197

v.                                       Hon. John Corbett O'Meara

CHARTER TOWNSHIP OF VAN BUREN
et al.,

      Defendant(s).

_____/

## ORDER ADOPTING MAGISTRATE JUDGE CAPEL'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge Capel's January 10, 2006 Report and Recommendation and being fully advised in the premises and having reviewed the record and the pleadings, including any Objections, the Court finds that the Magistrate Judge reached the correct conclusion in the Report and Recommendation. Accordingly, the Court hereby **ACCEPTS AND ADOPTS** the Magistrate Judge's Report and Recommendation in its entirety.

                                          **s/John Corbett O'Meara**
                                          **John Corbett O'Meara**
                                          **United States District Judge**

**Dated: February 6, 2006**