UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRONCO'S ENTERTAINMENT, LTD., et al.,

        Plaintiffs,        CIVIL ACTION NO. 99-70197
                                   HON. JOHN CORBETT O'MEARA
v.

CHARTER TOWNSHIP OF VAN BUREN,
et al.,

        Defendants,

_____/

ORDER ADOPTING MAGISTRATE JUDGE PEPE'S
REPORT AND RECOMMENDATION

        The Court having reviewed Magistrate Judge Pepe's Report and Recommendation, filed June 25, 2007, as well as any objections thereto filed by the parties, and being fully advised in the premises;

        IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted as the findings and conclusions of this Court.

        IT IS FURTHER ORDERED that Plaintiffs' Motion for Attorney Fees and Costs is GRANTED IN PART.

                                                   s/John Corbett O'Meara
                                                   United States District Judge

Date: July 31, 2007

Certificate of Service

      I hereby certify that the foregoing order was served upon the parties of record on July 31, 2007, electronically or by U.S. mail.

                                            s/William Barkholz
                                            Case Manager